No. 95–153. LOZANO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 95–154. MILLER ET AL. v. PEZZANI ET AL. C. A. 9th Cir. Certiorari denied.

No. 95–158. BURPO v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 95–159. MOHAMED, FKA KERR v. KERR ET AL. C. A. 8th Cir. Certiorari denied.

No. 95–161. TRIEM ET AL. v. TAMICO, INC. Super. Ct. Alaska, 1st Jud. Dist. Certiorari denied.

No. 95–162. SALT RIVER PIMA-MARICOPA INDIAN COMMUNITY v. ARIZONA ET AL. C. A. 9th Cir. Certiorari denied.

No. 95–164. STOVER v. NORFOLK & WESTERN RAILWAY CO. Sup. Ct. Va. Certiorari denied.

No. 95–165. WATTS v. WEST, SECRETARY OF THE ARMY, ET AL. C. A. 11th Cir. Certiorari denied.

No. 95–166. NATIONAL FIDELITY LIFE INSURANCE CO. v. CHADIMA, TRUSTEE OF THE GEORGE MILTON CHADIMA AND LILLIAN ESTHER CHADIMA TRUST, ET AL. C. A. 8th Cir. Certiorari denied.

No. 95–168. KESTLER v. BOARD OF TRUSTEES OF THE NORTH CAROLINA LOCAL GOVERNMENTAL EMPLOYEES' RETIREMENT SYSTEM ET AL. C. A. 4th Cir. Certiorari denied.

No. 95–169. METZGER v. SEBEK ET AL. Ct. App. Tex., 1st Dist. Certiorari denied.

No. 95–170. NEW YORK v. BANKS. Ct. App. N. Y. Certiorari denied.

No. 95–171. PAPAILA v. UNIDEN AMERICA CORP. C. A. 5th Cir. Certiorari denied.

No. 95–172. LOUISIANA DEPARTMENT OF TRANSPORTATION AND DEVELOPMENT ET AL. v. POOLE ET VIR. Ct. App. La., 1st Cir. Certiorari denied.